**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>(1) WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and<br><br>(2) RUSSELL COCHRAN, in his official capacity as special prosecutor appointed by the Governor,<br><br>*Defendants*. | Case No. 26-cv-00003-JFJ |

**DECLARATION OF SECRETARY OF INTERIOR AFFAIRS TRENTON KISSEE**

I, Trenton Kissee, declare the following on the basis of personal knowledge to which I am competent to testify:

**Professional Background**

1. I am the Secretary of the Muscogee (Creek) Nation's ("Nation") Department of Interior Affairs and have served in this capacity since 2024. In this role, I oversee the Nation's Division of Agriculture and Natural Resources (DANR), which is primarily responsible for stewarding the Nation's natural resources, including the regulation of hunting and fishing within the Creek Reservation. My department also oversees several additional offices and departments, including the Office of Environmental Services, the Natural Resource Conservation District Program, the Geospatial Department, the Department of Transportation, Tribal Construction Services, the Department of Life Safety, and the Risk Management Department.

2. I have nine years of experience in tribal natural resources management. Prior to becoming Secretary for the Nation's Department of Interior Affairs, I was the Nation's DANR Director for approximately seven years, during which time I was responsible for managing all the property and natural resources owned by the Nation, along with the Nation's agricultural initiatives and operations. I also oversaw the DANR staff, including five full-time dedicated wildlife and habitat management staff. I still serve as the DANR Director as part of my duties as Secretary of the Department of Interior Affairs.

3. I have a bachelor's degree in natural resources management from Oklahoma State University and a master's degree in public administration and public policy from the University of Oklahoma.

**The DANR Regulates Hunting and Fishing Within the Creek Reservation.**

4. The Nation has a robust set of wildlife laws and regulations that apply to hunting and fishing on all lands within the Creek Reservation. 23 MCNCA § 2-104(A). The Nation's Conservation Code, MCNCA tit. 23, ch. 2,[1] and Conservation Regulations, MCN Conservation Regs.,[2] are enforced with the intent to manage, conserve, and protect the Nation's natural resources, including fish, wildlife, and plants, and to ensure that the Nation's citizens and others hunting and fishing within the Creek Reservation do so according to the Nation's values and in a manner that respects safety protocols, private property, and a sustainable future. *See* 23 MCNCA § 2-103(B).

5. The DANR is charged with carrying out many provisions of the Conservation Code. The DANR is authorized to draft Conservation Regulations, and amendments to them, for National Council approval; to manage access to Nation-owned lands; to collect monies in a Conservation Fund and to expend that revenue on on-the-ground conservation efforts; and to report the agency's activities annually to the National Council.

6. The Conservation Regulations govern, among other things, the issuance, monitoring, and enforcement of licenses, permits, and tags for hunting and fishing; fee schedules; season limits for various species of game and fish; bag and size limits; methods of harvesting various wildlife; safety protocols; and rules around hunting and fishing on private property. Each year, the DANR assesses whether amendments to the Conservation Regulations are needed to meet the Nation's conservation goals.

---

[1] https://law.muscogeenation.com/mvskokelaw/title-23/title-23-chapter-2-conservation-code.
[2] https://www.muscogeenation.com/wp-content/uploads/2025/11/Final-25-26-Conservation-Regulations.pdf.

7. The DANR models its conservation regulations line-by-line on the State's hunting and fishing regulations to make sure that Creek citizens are subject to the same restrictions as non-Indians hunting and fishing across Oklahoma. When the State issues new regulations, the DANR modifies the Nation's Conservation Regulations to make sure they continue to match what the State requires for everything from season dates and gear restrictions to bag limits and even the definitions in the regulations. We have determined this to be the best approach in the context of shared natural resources.

8. No DANR regulations exist that are less restrictive than their state counterparts. The only divergences from the State's regulations have occurred when the Nation has enacted more stringent restrictions. The Nation's data collection capacity has vastly increased in recent years. Where DANR data has suggested that the Nation's conservation goals would be served by more stringent regulations, the DANR has modified the Nation's Conservation Regulations accordingly. For example, when the DANR assessed in 2021 that turkey populations on the Creek Reservation were decreasing significantly, it cancelled the fall turkey hunting season. The DANR continues to monitor the turkey population closely and, for now, does not allow for a fall turkey hunt (unlike the State).

9. The DANR issues and manages licenses, permits, and hunter identification carcass tags. Licensure for enrolled Nation citizens is automatic, and a Creek Nation Tribal Citizenship Card serves as a valid MCN General License for hunting and fishing. MCN Conservation Regs. § 1-11(1). Additionally, all citizens of the Cherokee Nation, the Chickasaw Nation, the Choctaw Nation of Oklahoma, and the Seminole Nation of Oklahoma with a valid license from their own nation are also considered to hold a valid license to hunt and fish within the Creek Reservation. *Id.* § 1-11(2).

10. Individuals authorized to hunt under an MCN General License must attach a tag identifying the hunter to every game carcass they harvest and register the harvest through the DANR's telephone line or website to generate a confirmation number or "carcass ID." This is how the DANR keeps track of harvest numbers so that it can ultimately issue harvest reports and enforce season, bag, and other limits as set forth in the Conservation Regulations. The DANR shares pertinent harvest data it gathers with the Oklahoma Department of Wildlife Conservation (ODWC) and other tribal nations to help promote sound management practices and conservation efforts statewide.

**The DANR Undertakes Comprehensive Conservation Programs Within the Creek Reservation.**

11. The Nation's Conservation Code requires the DANR to regulate hunting and fishing within the Creek Reservation with the ultimate goals of "conservation, enhancement, protection and management of the Nation's fish, wildlife, and plant populations." 23 MCNCA § 2-103. The conservation of plant, fish, and game populations, including threatened and endangered species, along with extensive habitat management and development, are central to our mission. There are five wildlife biologists on staff at the DANR, with an additional five to eight staff working on conservation efforts on the ground at any given time.

12. The DANR conducts controlled burns and other timber management activities to optimize habitat for deer, turkey, and other game, and conducts other habitat restoration and development projects and research throughout the Creek Reservation.

13. In lakes, rivers, and streams throughout the Creek Reservation, the DANR also performs water quality testing and monitoring, species level surveying, and fish population monitoring and analysis and cooperates with the ODWC on fish habitat restoration and development projects.

14. The Nation also owns and operates the Looped Square meat processing facility, a 25,000-square-foot building in which the Nation processes cattle, pigs, deer, and other animals from the Creek Reservation, and out of which the Nation operates a retail store, providing critical groceries in an otherwise food insecure area.[3] At the facility, the Nation operates a program to test for chronic wasting disease in deer, which can decimate deer populations and presents a potential risk to human health if the meat of an afflicted deer is consumed. The facility employs approximately twenty-five people, half of whom are Creek citizens. Until just a few years ago, the State of Oklahoma did not adequately test for this disease, and the Nation's testing and research in this area was one of the most reliable sources of data for Oklahoma. The Nation shares the information collected and research conducted at this testing site with other tribal governments and with the ODWC to facilitate a coordinated local and statewide approach to combatting this disease. The DANR also shares this information with conservationists nationwide.

15. The DANR's wildlife and habitat conservation efforts are recognized on a national scale. For example, the Native American Fish and Wildlife Society named the Nation's Wildlife Program Manager as "Biologist of the Year" in 2025, and the DANR's work has been lauded by the National Deer Association (an organization devoted to deer and deer habitat conservation nationwide) and noted scholars in habitat management, who have chosen the Creek Reservation and DANR facilities as a destination to conduct studies on habitat management and conservation and to hold seminars regarding the same.

---

[3] Additional details about the Looped Square facility and the Nation's growing agricultural enterprises can be found in the following article: Liz Gray & Morgan Taylor, *"Reservation Worthy" Cattle Operation Expands Tribal Enterprise*, ICT News (Apr. 6, 2022), https://ictnews.org/news/reservation-worthy-cattle-operation-expands-tribal-enterprise/.

16. Each year, the DANR reports to the National Council on the agency's activities, including a summary of the status of inter-governmental cooperative agreements; any recommended revisions to the Conservation Regulations; grants that the agency has applied for and received; and species-specific data collected throughout the year, including fish and wildlife counts, endangered and threatened species and habitats, historically native species that are rare or absent, and programming to address and enhance each of these data points.

**The DANR's Regulation of Hunting and Fishing Promotes Creek Values, Culture, and Self-Government.**

17. After the United States Supreme Court confirmed the legal status of the Creek Reservation in 2020, the DANR began exercising full control over the regulation of hunting and fishing by Indians within the Reservation. It has conducted its programs and operations with a heavy emphasis on the fact that Creek citizens hunting and fishing within the Creek Reservation are doing so as part of our Creek heritage and culture, within the Reservation established for our Creek ancestors, and under laws enacted for our benefit by our own democratically elected tribal government. Nation citizens have responded very positively and with growing interest in our programs and in hunting and fishing within the Reservation in general.

18. Hunting has traditionally been and continues to be a critical source of subsistence for Nation citizens. For example, deer are taken for food, their hides are used for clothing, and their bones are used as sewing tools for ceremonial regalia. To encourage citizens to continue these traditional practices despite the rising costs of land and leases, the DANR has opened hunting and fishing on more than 10,000 acres of Nation-owned lands for citizens who may not have their own lands or who otherwise have difficulty accessing areas to hunt or fish in other parts of the Creek Reservation.

19. Additionally, in cooperation with the Looped Square Meat Company, the DANR processes game harvested by local hunters at the Looped Square meat processing facility. A key part of this operation is the Nation's venison donation program under which hunters donate harvested deer, which is processed free of charge, and the meat is packaged and distributed to Creek elders and others in the community unable to hunt or otherwise in need of such assistance. Last year, the facility received twelve deer, allowing it to process and distribute donated meat to 75–100 Creek elders and others. This year, it has received approximately forty deer, and the recipients of the meat donations will likely quadruple last year's total. The number of donations continues to increase as more citizens become aware of this program.

20. In very real ways, this program embodies the principle of tribal self-government, independence, and self-sufficiency, with Creek citizens coming together to harvest the bounty of Creek land for the mutual aid and support of other Creek citizens, all under the umbrella of laws and regulations enacted by the tribal government they elected.

21. To ensure that such connections deepen within the Nation and endure for generations going forward, the DANR also runs youth hunting programs and outreach, including youth hunts, archery camps, and fishing camps. These are intended to reduce obstacles to hunting and fishing and to foster deeper connections between young Nation citizens and their Creek culture and heritage. Great emphasis is placed not only on learning to hunt and fish with skill and using ethical conservation methods and habits, but also on the fact that those methods and principles are core to Creek citizens' tribal history and heritage. The youth response has been overwhelmingly positive as these young citizens gain mastery of new skills and a deepening of their cultural awareness and Creek identity at the same time.

22. Many of these Creek youth live in vulnerable circumstances and do not otherwise have access to hunting and fishing through a parent or guardian or available land to hunt or fish on, and many have never hunted or fished before. During the youth hunts and fishing camps, these youth are paired with staff members and gain fundamental hunting and fishing skills and safety training. They also learn how to identify native medicinal and ceremonial plants, how to fully utilize their harvests and field dress animals, how to identify game trails and trap predators, and how to tan animal hides.

23. As a central component of their instruction, we assist youth enrolled in the DANR program in reading and comprehending the Nation's Conservation Code and Conservation Regulations. We discuss with them why compliance is important, and what purpose the Nation's conservation laws serve for Reservation wildlife and habitat resources. We also emphasize that these laws and regulations were established by their own tribal government and that complying with them is part of being a self-governing tribal citizen. Many youths continue hunting and fishing on their own as a result of the experience, knowledge, and confidence they gain in DANR programs.

24. The DANR also offers hunting and fishing programs for adults. Last year, the DANR initiated a hunting program for Creek citizens who are U.S. military veterans. Some of the veterans have hunted before, and some have not. The participants also have varying levels of combat experience, and some have post-traumatic stress disorder. This program emphasizes skill building and familiarity with the Nation's wildlife regulations and conservation principles in the context of Creek history, traditions, and culture. The veterans have acknowledged to us how meaningful it has been for them to deepen their connections to the natural resources of their own reservation and their Creek heritage side-by-side with fellow veterans.

25. Over the past few years, the DANR has received calls from dozens of Creek citizens asking for information on where to hunt and fish within the Creek Reservation and how to get an MCN General License. As more Creek citizens learn that they can hunt and fish under the Nation's General License and laws, and as awareness spreads about expanded access to hunting and fishing through the DANR's programs, the agency will make it a priority to grow its programming to accommodate this increased interest.

**The DANR and the Attorney General Administer and Enforce the Conservation Code and Regulations.**

26. The DANR works hand in hand with the Nation's Office of the Attorney General to administer and enforce the Nation's laws and regulations. As a matter of course, the DANR maintains the permits, licenses, hunter identification tags, and carcass confirmation numbers that hunters and fishers need to lawfully hunt and fish and report their harvests within the Creek Reservation. When violations of the Nation's wildlife laws and regulations are reported by game rangers and peace officers, the Office of the Attorney General is authorized to prosecute violators in tribal court. 23 MCNCA §§ 4-401, 4-407.

27. As a penalty for violating the Nation's wildlife laws and regulations, the Attorney General may impose fines and fees or require the forfeiture of property. 23 MCNCA § 4-407. The money obtained from fines and fees is deposited into the Conservation Fund, which the DANR uses to advance its on-the-ground conservation work and programs on behalf of the Nation. 23 MCNCA §§ 2-204–2-205.

28. Additionally, upon notification by the Office of the Attorney General that an individual violated the Nation's Code or Regulations, the DANR has authority to revoke the individual's hunting and fishing privileges. MCN Conservation Regs. § 1-11. Together, the DANR and the Office of the Attorney General ensure that Nation citizens and other Indians who

are hunting and fishing within the Creek Reservation do so responsibly and in compliance with the Nation's laws and regulations.

29. The Nation has increased enforcement of its Conservation Code and Conservation Regulations since the Supreme Court's decision in *McGirt v. Oklahoma*, 591 U.S. 894 (2020), after which the Nation assumed full regulatory control over hunting and fishing by Nation citizens and other Indians within the Creek Reservation. The Nation's Lighthorse police force now has a dedicated game ranger unit, which enforces the Nation's laws and regulations throughout the Creek Reservation. That unit is fully equipped with wildlife restraint gear, traps, spotlights, dedicated trucks and trailers, and off-road vehicles.

**Five Tribe Wildlife Management Reciprocity Agreement**

30. The Nation's Conservation Code and Conservation Regulations authorize the Nation to enter into inter-tribal agreements to facilitate cooperation in natural resource management between tribal governments. 23 MCNCA § 2-206; MCN Conservation Regs. § 1-12. The DANR collaborates with the corresponding natural resources divisions of the Cherokee Nation, the Chickasaw Nation, the Choctaw Nation of Oklahoma, and the Seminole Nation of Oklahoma (together, the "Five Tribes") to regulate hunting and fishing within their Indian country.

31. The Five Tribes are signatories to the Five Tribe Wildlife Management Reciprocity Agreement (Ex. 1), which grants hunting and fishing access to citizens of the signatory Nations within all the Nations' reservations. Ex. 1 art. 2(A)–(B).

32. Under the Agreement, hunters and fishers must comply with the fish and game laws and regulations of the Nation on whose reservation they hunt and fish, and their access to

those lands and waters is conditioned on their consent to be subject to the laws and jurisdiction of that Nation. *Id.* art. 2(A)–(B), (F).

33. Where citizens of one signatory Nation violate the laws of a second signatory Nation, the two Nations agree to fully cooperate with respect to the second Nation's enforcement of its own wildlife laws within its reservation, including prosecution of the offender citizen. *Id.* art. 2(F)–(H). To facilitate cooperative enforcement efforts, the Nation's Office of the Attorney General and the DANR field staff meet with attorneys and field staff from the other Nations on a quarterly basis.

34. The Agreement requires each signatory Nation to enforce cumulative limits on its citizens' harvests, regardless of where in the State of Oklahoma the harvests occur. *Id.* art. 2(E). Therefore, no tribal citizen may take his or her limit of deer within a reservation and then take additional deer under a state license elsewhere in Oklahoma. Tribal citizens hunting and fishing in the Five Tribes' reservations, then, are subject to the same bag limits as non-Indian hunters and fishers elsewhere in Oklahoma.

35. The Five Tribes also agree to require their citizens to report, at a minimum, all harvests of deer and turkey, regardless of where such harvests occur, and to share this information each February in harvest reports, including the number of deer and turkey harvested each season, the species, age, class, sex, antler points, and the method, county, and reservation of harvest. *Id.* art. 2(C)–(D). As a result of this reporting, the Five Tribes know, for example, that during the 2024 deer season, the total cumulative deer harvest for all citizens of the Five Tribes within the Creek Reservation was 550 deer. And the Nation can track that its citizens harvested a total of 188 deer on all Five Tribes' reservations during the 2024 deer season. To enhance collective reporting and enforcement of agreed-upon limits and to further shared wildlife goals,

the Five Tribes meet regularly, partner on habitat projects, share information, and host and attend educational seminars. The Five Tribes' coordinated efforts ensure that hunting and fishing within the Five Tribes' Indian country is consistent with land stewardship best practices and conservation goals.

**History of DANR and ODWC Cooperation To Enforce Wildlife Laws and Regulations**

36. The ODWC is the State's wildlife and conservation department comparable to the DANR. Under the Nation's Conservation Code, the DANR must carry out its duties in cooperation with federal, state, and local governments, and the Nation's game rangers must maintain a cooperative agreement with the ODWC. 23 MCNCA § 2-206.

37. The two agencies have historically had a productive and fruitful working relationship regulating hunting and fishing within the Creek Reservation and coordinating to pursue important shared land management and conservation goals. However, although the DANR has expressed a desire to enter into a cooperative agreement with the ODWC to manage fish, plants, and wildlife, to partner on grant-writing, and to share resources, the ODWC has declined to join any agreement to date.

38. As previously described, the DANR looks to the ODWC's regulations as the blueprint for its own regulations. By ensuring that the Nation's Conservation Regulations mirror the State's regulations, as described above, the DANR eliminates any conflicts between the State and the Nation with respect to season dates, bag limits, and other critical information that Nation citizens rely on and must comply with when hunting and fishing. The only exception is where the DANR has made its own regulations more stringent because data show that such stricter regulations are necessary or desirable to fulfill a conservation goal.

39.     The DANR staff assist the ODWC with habitat projects that mutually benefit all Oklahomans. Additionally, in more recent years, as the DANR's own data collection capacity and capability have increased, the DANR shares all the data it collects with the ODWC in the spirit of cooperation and coordination. Such data include harvest information reported by Nation citizens, information on threatened and endangered species and habitats, data collected at its Looped Square facility on chronic wasting disease, and information regarding other threats to shared conservation goals. The ODWC does not share harvest data with the DANR.

40.     In the past, the Nation has invited ODWC game wardens to engage in discussions about wildlife management and conservation on the Creek Reservation. The DANR and the ODWC have a history of sitting down together to talk through pressing issues and concerns. For example, in or around Spring 2024, the Choctaw Nation hosted tribal wildlife professionals and ODWC leadership, biologists, and game wardens for a full-day summit to ensure that tribal and state wildlife agencies were communicating on the risks posed by chronic wasting disease to area wildlife.

**The ODWC's Directive and Its Impacts on the DANR and the Nation**

41.     In November 2025, the ODWC issued a new directive stating its intent to enforce state fish and game laws with respect to Indians in Indian country, including Nation and Five Tribe citizens within the Creek Reservation. The ODWC did not consult with or inform the DANR of its intent to issue this directive prior to announcing it.

42.     Several Nation citizens called the DANR to ask for advice after hearing about the State's directive, and several citizens informed the DANR that state game wardens had threatened to cite and prosecute them for hunting and fishing within the Creek Reservation under Nation law without a state-issued license or hunter-identification tags.

13

43.     Earlier in the year, during the summer, the DANR staff became aware that state game wardens had threatened to apply state fishing laws to Nation citizens fishing within the Creek Reservation and pressured them into buying one-day or three-day fishing passes to avoid a citation. Once deer season began in the fall, the threats became more serious.

44.     The ODWC's directive has strained the collaborative spirit and history of goodwill that has been a hallmark of the two agencies' working relationship for decades.

45.     The ODWC's imposition of its own wildlife laws and regulations in place of the Nation's is interfering significantly with the DANR's ability to carry out its core government functions with respect to the hunting and fishing activities of its citizens and other Indians within the Creek Reservation.

46.     Many Nation citizens and other citizens of the Five Tribes who are threatened with citation and prosecution by the ODWC's state game rangers are electing not to hunt and fish within the Creek Reservation under the Nation's laws. Instead, these citizens are buying state licenses, permits, and tags to avoid alleged state law violations. The ODWC's directive has thus cast doubt and created confusion and mistrust among Nation citizens and other citizens of the Five Tribes as to whether Creek law applies on Creek territory. The effect is to essentially replace the Nation's regulatory authority, including over its own citizens, with the authority of the ODWC.

47.     The ODWC's actions also seriously undermine a central aspect of the DANR's efforts to provide subsistence hunting opportunities for Creek citizens on DANR-owned and managed lands, to foster citizen-assisted meat donation, and to broaden participation in hunting and fishing activities through programs including those that focus on youth and veterans. As discussed above, all of those programs build and deepen Creek heritage and identity not only by

teaching traditional Creek skills and methods, but by emphasizing that Creek hunters and fishers are acting under laws and regulations enacted by the tribal government they elected. When Creek citizens are told that they instead must hunt and fish with state licenses and state hunter-identification tags, this critical feature of our programs is destroyed.

48. Additionally, the ODWC's actions impair the DANR's ability to collect reliable data and information on the hunting and fishing harvests of Nation and Five Tribe citizens, which are critical to the Nation's conservation and management goals. For example, the DANR's data collection capacity is already limited by the fact that the ODWC does not share the harvest information of non-Indians with the DANR. But it is being further limited because some Nation citizens and other Five Tribe citizens hunting on the Creek Reservation are now reporting their harvests only to the ODWC to avoid citation and prosecution by ODWC game wardens.

49. When Nation citizens and other citizens of the Five Tribes do not report their harvests to the Nation, this fundamentally hamstrings our ability to monitor populations and harvests and to assemble other data critical to the DANR's conservation and regulatory efforts.

50. Accordingly, the ODWC's actions are interfering with the DANR's obligation under Nation law to compile and report accurate hunting and fishing data within the Creek Reservation. This obligation, like so many of the other of the DANR's activities described above, is a core act of tribal self-government.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2026 /s/ *Trenton Kissee*
Trenton Kissee