# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, *Plaintiff*, v. (1) WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and (2) RUSSELL COCHRAN, in his official capacity as special prosecutor appointed by the Governor, *Defendants*. | Case No. 26-cv-00003-JFJ |

**DECLARATION OF JORDAN PETTIGREW**

I, Jordan Pettigrew, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am thirty-six years old and an enrolled citizen of the Muscogee (Creek) Nation ("Nation"). My ten-year-old son is also an enrolled citizen. I reside with my son and my husband within the Creek Reservation, in the Town of Depew in Creek County, Oklahoma.

2. I am a registered nurse, and I am currently employed as a surgery manager at an area hospital. I have served in this position for three years. I have worked in the healthcare industry as a state-registered healthcare professional since 2010.

3. Hunting and fishing have served as a critical part of our family's bond and traditions. My husband and I both grew up in Depew, and hunting and fishing have always been a big part of our lives. My father used to take me and my siblings hunting when we were young. My father would sit in a deer stand, and we would go with him and bring our toys. We would also fish for catfish with our father as children, using a traditional Creek method of catching them by hand in their underwater burrows. My father still takes my son out rod and reel fishing, and we will occasionally have family fish fries with our catch.

4. I first started hunting on my own around 2010, when I married my husband. My first deer was a particularly memorable experience because I tracked the buck for a long time before I finally got it. We got it mounted, and it is displayed today in our shop.

5. We enjoy being outdoors as a family, and we fish and hunt (including for deer, coyotes, feral pigs, and ducks) on our 120 acres of land, which is within the Creek Reservation and which we intend to keep in the family and pass on to our son.

6. My parents own another 360 acres of land within the Creek Reservation where we also hunt and fish. Sometimes, we will also go out to Mannford, Oklahoma to the Keystone Dam

because my son enjoys fishing in that area. He typically catches drum, bass, and perch, among other types of fish.

7. We live out in the country in a small town, so my husband and I believe it is important to teach our son how to hunt and fish. We started teaching him at age four. If anything should happen to us, my son will know how to provide his own food. We fish once a week during the summer, if not more often. My son and his father also hunt hogs and coyotes. Last year, my son killed his first doe, and this year he got his first buck.

8. As Creek citizens, my son and I hunt and fish under the Nation's laws with our tribal identification card serving as our licenses. I just learned of our right to do so last year and that it was the result of the Supreme Court's decision holding that the Creek Reservation was never terminated. We researched the Nation's website extensively to make sure we understood the rules before going out to hunt this year.

9. I find it particularly meaningful and special that we live and are able to hunt and fish in our tribe's reservation just like our Creek ancestors did in the past, and to do it with my son and pass on the Creek traditions and heritage is even more meaningful. I learned in school and elsewhere about how we lost so much land and so many rights as Indians and as a tribe, so to be able to take advantage of a treaty right like this and hunt and fish within our own reservation and under our own government and laws has been extremely important to me. I have made sure my son understands the importance of it as well.

10. Last year, before I learned about the Creek laws protecting our right to hunt and fish on our reservation as Creek citizens, my son and I purchased Oklahoma state hunting licenses. When my son shot his first deer, we registered it online with the State, printed a state

game tag, and attached the tag to the deer. My husband, who is non-Indian and licensed by the State, also shot a deer and registered it with the State.

11. Usually, we will take the deer we harvest to a facility in Cleveland, Oklahoma for processing. I will typically request that the deer be processed into hamburger meat, back strap, summer sausage, and jerky, and I will cook with this meat for much of the year. We use the meat for about three meals per week, including for tacos, spaghetti, and steaks, and then we snack on the summer sausage. Shopping at the grocery store is so expensive right now, so when we can harvest these deer on our own land and make memories with our son while feeding our family and saving hundreds of dollars in grocery bills, it is a very positive outcome for the family. Knowing that we are doing that on our own reservation and under our Nation's own laws makes it even more meaningful and positive.

12. I know other Creek families who live this way, including our neighbors who hunt and fish on land adjacent to ours. Everyone uses what they catch for sustenance and to keep the family grocery bills down. This includes fish from the Deep Fork River, where my family and our neighbors fish for catfish and other species using traditional Creek methods.

13. This year, after we learned about the Creek laws protecting our right to hunt and fish on our reservation as Creek citizens, we did not purchase state licenses. On October 24, 2025, my son shot his first deer of the year. We reported the deer the same day to Nation officials as required under Nation law. We attached our tribal registration tag to the deer and took it to the meat processing facility in Cleveland and dropped it off in the afterhours receptacle.

14. The next morning, I received a call on my cell phone from an unknown number. I was surprised when the man introduced himself as an Oklahoma state game warden. He told me that in making his normal rounds at the processing facility, he came upon our deer and noticed

3

our Creek Nation hunter identification tag. He said that the Governor of Oklahoma had instructed state game wardens two weeks earlier that Creek citizens had to register their harvests with the State and not with the Nation. I told the state game warden that we did not purchase a state hunting license for my son this year and asked if he intended to issue a citation. I gave him my son's information, and he told me that the one-year license that I purchased for my son last year had not yet expired so we would not be issued a citation so long as we registered the deer with the State as required under state law. I feared that if we did not register the deer with the State, my son and I would get into trouble, so I asked the state game warden to register it. He then checked the deer in on the State's website and sent me a confirmation by text. Later, my son shot a second deer, and we also registered that one with the State, to avoid any trouble or legal consequences for either my son or me.

15. I had seen posts on social media from Governor Stitt stating that everyone should have to pay the State to hunt and fish—including Indians on their own reservations. That felt like a slap in the face, given what I had learned about our treaty rights. I also saw different information on the Nation's Wildlife Facebook page, which said that what the State was doing in requiring Nation citizens to have state licenses and check their harvests in with the State was not the law. This is not the first time that the Governor and the Nation have gone back and forth about what Creek citizens can and cannot do. They also did this with respect to whether drivers with tribal tags should have to pay state turnpike tolls recently, and now I and other people in the Creek Reservation are confused about that issue too.

16. On October 25, 2025, I wrote to Principal Chief Hill to tell him what the state game warden told me. I also called the number listed on the Nation's website on or around October 27. I wanted the Nation to know this happened to me because I was not sure which

4

information was accurate and which was not. I do not want to get a citation or be charged with a crime, and I do not want my son or any other Creek citizen to be cited or prosecuted for a crime due to a misunderstanding of the law. So, if any misinformation came from the Nation, I wanted someone to correct it. I had studied the information on the Nation's website before hunting and fishing to make sure we were following the Nation's laws, and it looked to me like we were. During that phone call, the Nation told me that we were correct in registering the deer on its website and tagging it and that the state game warden was wrong.

17. However, I have concluded for now that my son and I must follow the State's laws because the State has made clear it will cite or arrest me if I don't. I do not believe the Nation will do that because they seem to understand there is a lot of uncertainty out there right now, which they are trying to resolve. For this reason, I feel more immediate risk in not complying with state law.

18. Therefore, moving forward, we will make sure we are licensed by the State and that we check in any deer we harvest with the State instead of the Nation unless a court or other official source tells us otherwise. I cannot afford to lose my professional nursing license if I am cited or accused of a state crime. Until the conflicting information from the State and the Nation gets resolved, my family will continue to spend our money with the State to buy licenses and tags in order to avoid legal consequences. My husband is also planning to take my sister's young son, who is also an enrolled Nation citizen, to hunt during the antlerless deer holiday season to feed themselves and my parents. If they harvest a deer, they are also planning to register it with the State to avoid any legal consequences.

19. My family and I plan to continue to hunt on our family lands within the Creek Reservation, but we will get state licenses and only report our harvests to the State to avoid legal

trouble unless we get confirmation telling us that we are entitled as Creek citizens to hunt and fish within our reservation under Nation laws. I am afraid that if we do not follow state law, the State might cite or prosecute us, and that is not a risk I can take as a state-licensed professional and a mother with a young child.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2026             /s/ *Jordan Pettigrew*
                                             Jordan Pettigrew