**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>(1) WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and<br><br>(2) RUSSELL COCHRAN, in his official capacity as special prosecutor appointed by the Governor,<br><br>*Defendants*. | Case No. 26-cv-00003-JFJ |

**DECLARATION OF TREY DOWNUM**

I, Trey Downum, declare the following on the basis of personal knowledge to which I am competent to testify:

1.  I am forty-two years old and an enrolled citizen of the Muscogee (Creek) Nation ("Nation"). I reside with my family within the Nation's Reservation, in the City of Eufaula in McIntosh County, Oklahoma.

2.  I am an avid hunter and fisher and, with my family, frequently hunt for subsistence and sport on our land and throughout the Creek Reservation. I have three children, ages ten, eleven, and thirteen. All three of them are also enrolled citizens of the Nation, and all three of them also hunt and fish within the Creek Reservation.

3.  I grew up hunting, and for as long as I can remember, my whole family, including my great-grandfather, who was an enrolled citizen of the Nation, also hunted. When I was growing up, we hunted and fished on family land with my parents, aunts and uncles, and cousins. While hunting, my family would tell stories about Creek folklore and pass down Creek traditions, such as tanning deer hides using traditional Creek methods. I grew up understanding that it is my heritage as a Creek citizen to hunt and fish and live off the land for sustenance, and that my people have been doing so and passing down our knowledge and traditions for far longer than Oklahoma has been a state or the United States has existed.

4.  Now that I have my own family, I teach my children the same things I learned as a child. Hunting is our way of life, and it allows us to get out into the woods together as a family and to pass along family and tribal traditions to our children. We hunt and fish and engage in activities related to hunting and fishing virtually every day of the year. For example, in between hunting and fishing seasons and to get ready for different seasons, we spend our time in target practice, practicing archery, hand-loading ammunition such as rifle bullets and shotgun shells,

and stringing decoys. We catch catfish, crappie, and other types of fish in the summer, and we hunt deer, wild pigs, turkey, geese, ducks, squirrel, and rabbit for food during their respective seasons.

5. Because the Supreme Court in the *McGirt* case recognized that our ancestors' historic Reservation continues to be a federal reservation today, I believe it is our inherent right as Nation citizens to hunt and fish in the Creek Reservation without the State interfering, and it is our right to live off the land governed by the laws of our own tribe. I have encouraged my children to learn about and to be proud of their Creek heritage, and they are very aware and appreciative of their Creek background and history. Teaching them to hunt and fish in traditional Creek ways has made their bond with the Creek Nation and its heritage stronger. My children are very curious about our traditional ways, and they have even learned how to capture catfish in the traditional Creek way, which involves reaching into underwater burrows in streambanks where large catfish hide and catching them by hand. Hunting also teaches them great responsibility and respect for life. We do not kill anything lightly.

6. We own 100 acres of land, and my grandfather and my mother also own additional property within the Creek Reservation. We hunt on all our family lands. Sometimes we hunt in other areas of the Creek Reservation as well.

7. My family eats all the meat we harvest. Fish and game that we take make up a significant part of the food that my wife and I feed to our children throughout the year and account for approximately four to five meals per week. The meat we harvest provides my family with a healthy source of food, and we eat what we catch and harvest seasonally. For example, during the summertime, we catch and fry or bake fish. During deer and elk season, we harvest and process the meat to make items including tenderloin, backstrap, burgers, spaghetti, and

burger stew. We also share our take with other members of our family, including my mother and my grandfather, to whom we give at least one deer each year. If we do not plan for our family to eat an animal, we will not kill it. The only exception is during the antlerless holiday deer season, when, in order to appropriately manage the population and to help those in need, the Nation authorizes hunters to take additional deer to be shared with members of the community who are unable to hunt for themselves. We usually kill approximately ten to twelve deer a year during this time. The Nation's meat processing facility, at Looped Square, will then process the donated deer and distribute them to members of the community.

8. I know many other Creek families who live and provide for their families in the same way that we do. Some of them hunt on their own lands, and many others hunt on property owned or managed by the Nation, especially if they do not own a lot of land themselves.

9. As a matter of course, whenever I harvest an animal within the Creek Reservation, I follow the rules set out in the Nation's hunting and fishing code and regulations. I look at the code and regulations a couple times a year, usually at the start of a season or if I am pursuing an animal that I do not hunt often and thus am not familiar with the laws and regulations that apply to hunting it. The Nation's laws are accessible online. I have also taught my children the relevant Nation laws to make sure they know and understand them before they hunt and fish.

10. I understand the Nation laws and regulations to allow my children and me to hunt and fish throughout the Creek Reservation without a state-issued license or state hunter identification tags because we are Creek citizens. However, two of my children and I also have lifetime state hunting licenses, in case we choose to hunt off-reservation. Only my youngest child, my daughter, does not have a lifetime state hunting license. When she reached the age

where we would otherwise have bought her a state license, the *McGirt* decision had been issued. Understanding that our Reservation boundaries had been reaffirmed, and that our treaty right to hunt and fish within our own Reservation would be protected, we decided we did not need to purchase a state license for her.

11. Once we kill an animal on the Creek Reservation, we field dress it. Then we will attach transport tags to the carcass and transport it to its destination. I carry my transport tags, which include my tribal citizenship number, in my wallet, and my children all have their own tags with their own information. Usually, we have twenty-four hours under Nation law to register a harvested animal. Therefore, when I get home, I report the harvest to the Nation by calling the Nation's Division of Agriculture and Natural Resources (DANR) or by going to the DANR website to generate a confirmation number. Since the *McGirt* decision and up until recently, when we hunt and take game within the Creek Reservation, I have reported our harvests only to the Nation and not to the State.

12. In early October 2025, I began hearing and reading reports about Governor Stitt's new policy that all Indians within their reservations must have state-issued licenses and tags. At around the same time, I called a state game warden whom I know to ask whether he believed that my family and I needed to comply with that requirement. I told him the Nation has its own laws that I already adhere to. The state game warden informed me that for all harvests of game except those taking place on Nation restricted or trust property, he would write me a ticket if I proceeded without a state-issued license or tags.

13. In November 2025, I shot a deer while hunting on the Creek Reservation. Given the state game warden's warning, and because I killed that deer on land within the Creek Reservation that was not Nation trust or restricted land, I checked the deer in with the State

4

instead of the Nation in order to avoid a citation. I felt ashamed as a Creek citizen that I did not check the deer in with the Nation, but I thought that I did not have a choice and that reporting to the State was the safer thing to do to avoid adverse legal consequences from the State.

14. Shortly after that, I informed DANR officials about my conversation with the State game warden and my concerns that I would be cited by the State if I followed the Nation's laws but did not also follow the State's licensing and harvest reporting requirements. DANR officials told me that I would be following the Nation's laws so long as I report my on-reservation harvests to the Nation.

15. As a Creek citizen, I want to believe that I can exercise my rights as a Creek citizen to hunt and fish under the Nation's laws, but I did not take the state game warden's warning lightly. I have been told that state game wardens have recently issued citations to Indian hunters in Indian country in Hughes County and Creek County. While I have not independently verified these reports, my understanding that other Creek citizens have been cited by the State for hunting on-reservation without a state license contributes to my serious concern that my family and I might be subject to the same treatment. Given the conflicting messages from the Nation and the Oklahoma Department of Wildlife Conservation, I am left in a state of uncertainty as to which government's laws I am governed by.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2026 /s/ *Trey Downum*
Trey Downum