**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, *Plaintiff*, v. WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and RUSSELL COCHRAN, in his official capacity as special prosecutor appointed by the Governor, *Defendants*. | Case No. 26-cv-00003-CVE-JFJ |

**JOINT STATUS REPORT**

Pursuant to this Court's order (Dkt. 38), the Parties have conferred and file this joint status report.

In this action, Plaintiff Muscogee (Creek) Nation (the "Nation") has brought two claims for relief, requesting: 1) declaratory and injunctive relief proscribing Defendant Wade Free, in his capacity as Director of the Oklahoma Department of Wildlife Conservation, from regulating the hunting and fishing activities of the Nation's citizens within the Nation's Reservation, and Defendant Russell Cochran, in his official capacity as special prosecutor, from criminally prosecuting or otherwise asserting jurisdiction over purported violations of the Oklahoma wildlife code against Nation citizens; and 2) declaratory and injunctive relief proscribing the Defendants from regulating or prosecuting the hunting and fishing activities of other Five Tribes citizens within the Nation's Reservation. (Dkt. 02). The Nation has filed a motion for preliminary injunction with respect to the first claim. (Dkt. 08).

The Parties agree that they would benefit from the Court's ruling on the Nation's Motion, which has been fully briefed, prior to addressing any additional proceedings and scheduling needed to resolve the remainder of the case. The Parties further state that they would not object to the Court treating the Nation's pending Motion for Preliminary Injunction as one for a permanent injunction, in order that the Court may issue a final and binding judgment as to the issues presented by State regulation of Creek citizen hunting and fishing on the Nation's Reservation.

**Separate Statement of the Nation**

The Nation notes that the hunting seasons for some waterfowl and migratory game birds is set to begin in September, with deer hunting season to commence on October 1. The Nation believes that the Court's opinion (if issued by then) concerning the scope, if any, of the State's regulatory jurisdiction over hunting and fishing activities by Nation citizens on the Nation's Reservation will provide the Parties, and the Nation's citizens, with important guidance and clarity leading into this year's hunting seasons. The Court's ruling, moreover, may well provide significant guidance as to the resolution of the Nation's remaining claim regarding hunting and fishing activities by other Five Tribes citizens on the Nation's Reservation.

Given the significance of the issues presented, the Nation requests the opportunity to present oral argument on its Motion.

Dated: June 25, 2026

/s/ Phillip G. Whaley
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

*Counsel for Defendant*
*Wade Free, in his official capacity as*
*Director, Oklahoma Department of Wildlife*
*Conservation*

Audrey A. Weaver, OBA #33258
Senior Litigation Counsel
Office of Governor Kevin J. Stitt
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
(405) 522-0425
audrey.weaver@gov.ok.gov

*Counsel for Defendant Russell Cochran, in*
*his official capacity as special prosecutor*
*employed by the Governor*

Respectfully submitted,

/s/ Riyaz A. Kanji
Riyaz A. Kanji
David A. Giampetroni
Anjana R. Joshi
Kanji & Katzen, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com

Philip H. Tinker
Kanji & Katzen, P.L.L.C.
12 N. Cheyenne Avenue, Suite 220
Tulsa, OK 74103

*Counsel for Plaintiff Muscogee (Creek) Nation*