# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION
Plaintiff(s)

vs. Case Number: 26-cv-00003-CVE-JFJ

WADE FREE, and RUSSELL COCHRAN,
Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Russell Cochran, in his official capacity as special prosecutor employed by the Governor, Defendant.

July 16, 2026
Date

Type of Appointment: ☑ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

/s/ Remington Dean
Signature

Remington Dean
Print Name

OFFICE OF GOVERNOR J. KEVIN STITT
Firm Name

2300 N. Lincoln Blvd., Suite 212
Mailing Address

Oklahoma City OK 73105
City State Zip Code

35581
Oklahoma State Bar Number (If Applicable)

Remington.Dean@gov.ok.gov
e-mail address

(405) 522-8853
Phone Number Fax Number

# Certificate of Service

I hereby certify that on 01/28/2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Philip Whaley
Grant Lucky
Patrick Pearce, Jr.
Philip Tinker
Riyaz Kanki
David Giampetroni
Anjana Joshi
Geraldine Wisner
O. Joseph Williams

I hereby certify that ________________ (Date), I served the same document by:

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Audrey A. Weaver
Signature