**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MUSCOGEE (CREEK) NATION,<br>a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and<br>RUSSELL COCHRAN, in his official capacity as special prosecutor appointed by the Governor,<br><br>*Defendants*. | Case No. 26-cv-00003-CVE-JFJ |

**UNOPPOSED MOTION OF THE MUSCOGEE (CREEK) NATION**
**FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 7(b) and Northern District of Oklahoma Local Rule LCvR7-1(g), the Muscogee (Creek) Nation ("Nation") respectfully moves this Court to extend by approximately one month the deadlines set under this Court's Interim Scheduling Order entered on July 28, 2026. Dkt. 42. In support of this Motion, the Nation states as follows:

1. Pursuant to the Interim Scheduling Order, the parties are to file any Motions for Summary Judgment on or before November 16, 2026; Responses to such Motions by December 31, 2026, and Replies to such Motions by January 21, 2027.

2. This is the Nation's first motion to extend the deadlines set for summary judgment briefing pursuant to the Interim Scheduling Order.

3. Good cause exists to grant the Nation's Motion. On September 10, 2026, the United States Court of Appeals for the Tenth Circuit set an oral argument date of November 17,

2026 in *Muscogee (Creek) Nation v. Kunzweiler*, No. 26-5013, Dkt. 72 (10th Cir. 2026). Undersigned counsel represent the Nation in that matter. They will be heavily involved in preparing for and presenting argument in the case, which as this Court knows pertains to a matter of significant public import within this judicial district and for the State of Oklahoma and the sovereign tribal governments and their citizens residing therein.

4. Additionally, on June 16, 2026, undersigned counsel filed litigation in the United States District Court for the District of Columbia on behalf of the Tohono O'odham Nation challenging efforts by United States Department of Homeland Security officials to construct a border wall within the Tohono O'odham Nation's Reservation. *See Tohono O'odham Nation v. Mullin*, No. 26-cv-2127 (D.D.C. 2026). Litigation in that matter has involved briefing in both the District Court and the D.C. Circuit on an expedited basis. That briefing is still ongoing, and the D.C. Circuit has set oral argument for the "first appropriate date" in December. Order at 1, *Tohono O'odham Nation v. Mullin*, No. 26-5306 (D.C. Cir. Sept. 9, 2026), Dkt. 2192131. The ongoing briefing and then argument preparation will consume substantial amounts of undersigned counsels' time between now and that argument date.

5. No trial date or other applicable deadlines have been set in this matter, and accordingly granting the Nation's request will have no bearing on the case schedule other than with respect to the timing of the motions here under consideration.

6. Counsel for the Nation have conferred with counsel for the Defendants, and are authorized to represent that, although the Defendants have a preference for maintaining the schedule established under this Court's Interim Scheduling Order, in light of the good cause shown by the Nation, the Defendants do not oppose the Nation's requested extension.

7. Accordingly, the Nation respectfully requests that the Court modify the schedule set under its Interim Scheduling Order as follows:

a. The parties' Cross-Motions for Summary Judgment would be due on or before December 18, 2026;

b. The parties Responses to such Motions would be due on or before January 29, 2027;

c. And the parties Replies to such Motions would be due on or before February 19, 2027.

For the foregoing reasons, the Nation respectfully requests that this Motion for Extension of Time be Granted.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Riyaz A. Kanji*
Riyaz A. Kanji
David A. Giampetroni
Anjana R. Joshi
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com

Philip H. Tinker
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Avenue, Suite 220
Tulsa, OK 74103

*Counsel for Muscogee (Creek) Nation*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji