**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br>v.<br><br>WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, and RUSSELL COCHRAN, in his official capacity as special prosecutor employed by the Governor,<br><br>*Defendants*. | ) | Case No. 26-cv-00003-CVE-JFJ |

**MOTION TO WITHDRAW AUDREY A. WEAVER AS COUNSEL OF RECORD**

Defendant Russell Cochran respectfully moves this Court to withdraw Audrey Weaver as counsel for Defendant Russell Cochran, in his official capacity as special prosecutor employed by the Governor.

1. Ms. Weaver is no longer employed by the Office of Governor J. Kevin Stitt. Remington Dean has previously entered his appearance in this matter and will continue to represent Mr. Cochran.

2. No deadlines or future hearings will be adversely affected, and no party will be prejudiced by this withdrawal.

3. A proposed order granting the withdrawal is submitted for the Court's consideration.

WHEREFORE, the undersigned respectfully requests this Court enter an order withdrawing Audrey A. Weaver as counsel of record in the above-styled matter.

Dated: November 3, 2026

Respectfully submitted,

*s/Remington Dean*
Remington Dean, OBA #35581
*General Counsel*
Office of Governor J. Kevin Stitt
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
(405) 522-0425
Remington.dean@gov.ok.gov
*Attorney for Defendant Russell Cochran, in his official capacity as special prosecutor employed by the Governor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*s/Remington Dean*
Remington Dean